IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CIVIL ACTION NO. 3:23CV672-FDW-SCR

| | |
|---|---|
| BRENT SHEENA,<br><br>Plaintiff,<br><br>v.<br><br>IQMETRIX USA HOLDINGS INC.,<br><br>Defendant. | **CONSENT ORDER TRANSFERRING VENUE TO THE EASTERN DISTRICT OF MICHIGAN** |

For the reasons stated in the Defendant iQmetrix USA Holdings Inc.'s ("iQmetrix")'s Consent Motion to Transfer Venue pursuant to 28 U.S.C. § 1406(a) (the "Motion")(Doc. No. 11), and with the consent of the Plaintiff Brent Sheena, the Motion is hereby **GRANTED**. It is ordered that this matter be transferred from the United States District Court for the Western District of North Carolina to the United States District Court for the Eastern District of Michigan.

**SO ORDERED**.

Signed: December 11, 2023

Susan C. Rodriguez
United States Magistrate Judge

1